ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT

AUG - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DARNELL H. WHITE,<br><br>    Petitioner,<br><br>    v.<br><br>TONY HEDGETH, Warden,<br><br>    Respondent. | Case No. CV 10-05514 DOC (AN)<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that this action is dismissed for lack of jurisdiction for the reasons set forth in the related Order.

DATED:  July 30, 2010

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE